No. 01–7138. ALFARO-ROJAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7140. MOSS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7141. MEDINA-GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7145. COMPEAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7148. TULIO CANTILLANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7150. OJEDA-GUERRERO *v.* UNITED STATES; CRUZ-ISLAS *v.* UNITED STATES; MUNOZ-FERNANDEZ *v.* UNITED STATES; MARTINEZ-WATSON *v.* UNITED STATES; and ORLANDO BENITEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 273 F. 3d 1099 (first and second judgments), 1102 (third and fourth judgments), and 1103 (fifth judgment).

No. 01–7151. ISRAEL MUNOZ *v.* UNITED STATES; CHAVEZ *v.* UNITED STATES; FELIX-DUENAS, AKA ACUNA-DUENAS *v.* UNITED STATES; GUITRON-REYEGOSA *v.* UNITED STATES; HERNANDEZ-PEREZ *v.* UNITED STATES; MOLINA-VALENZUELA, AKA GUSTAVO, ET AL. *v.* UNITED STATES; MORA *v.* UNITED STATES; OJEDA-AGUNDEZ *v.* UNITED STATES (Reported below: 18 Fed. Appx. 533); RODRIGUEZ *v.* UNITED STATES; SALINAS-SERVIN *v.* UNITED STATES; and VALENZUELA-HOLGUIN, AKA VALENZUELA, AKA DOE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7155. MENDOZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7157. MACKEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–7159. MARTINEZ-LOZANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7162. BRUNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7163. BOJORQUEZ-BRACAMONTES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.